UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERESA D. VARDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ALABASTER, ALABAMA, )<br>)<br>Defendant. )<br>) | Miscellaneous Action No. 05-0528 (RMC) |

### ORDER ON MOTION TO ENFORCE SUBPOENA

Pending before the Court is a motion to enforce a subpoena issued to Paul Davis, Ph.D. Teresa D. Varden, who issued the subpoena, is the plaintiff in a Title VII lawsuit against the City of Alabaster, Alabama in the Northern District of Alabama, Southern Division. She seeks information from Dr. Davis concerning his development of a physical test for a consortium of Fire Departments in California ("North County Test") and others. Ms. Varden's suit alleges that a similar test, but not identical to the North County Test, used by the Alabaster Fire Department discriminates against women and caused her to lose her position as a firefighter.

The Court declines to enforce the subpoena. The dispositive motions date for the underlying litigation in Alabama was March 31, 2006, and Judge William M. Acker, Jr., the trial judge, has ordered that "[t]here will be no further extensions." Opp. of Dr. Paul Davis to Pltf's Mot. to Enforce Subpoena, Ex. 3, Order, *Varden v. City of Alabaster, Alabama*, Civ. Action No. 04-AR-0689-S (N.D. Ala. Nov. 2, 2005). Neither party has indicated that Judge Acker's Order has been modified. This issue is, therefore, moot.

Accordingly, it is hereby

**ORDERED** that the motion to enforce subpoena of Dr. Davis is **DENIED** as moot.

**SO ORDERED**.


Date: April 27, 2006                                             /s/
                                                              ROSEMARY M. COLLYER
                                                              United States District Judge